**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 08-1205**

—————

EUGENE A. MCKAMEY,

            Plaintiff - Appellant,

      v.

HENRICO COUNTY PUBLIC SCHOOLS,

            Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Dennis W. Dohnal, Magistrate
Judge.  (3:07-cv-00391-DWD)

—————

Submitted:  May 22, 2008                Decided:  May 28, 2008

—————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Eugene A. McKamey, Appellant Pro Se.  M. Janet Palmer, Wendell
Charles Roberts, Joseph Thomas Tokarz, II, OFFICE OF THE COUNTY
ATTORNEY, Richmond, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene A. McKamey appeals the magistrate judge's[*] order granting Defendant's summary judgment motion on his race, color and gender discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), and his state slander causes of action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McKamey v. Henrico County Pub. Sch., No. 3:07-cv-00391-DWD (E.D. Va. Jan. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2000).